UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-00056-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRUALIO VALLES FABELA | ) | |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion for an evaluation of competency. The Court is of the opinion that this motion should be allowed for good cause shown, in the interest of justice and without objection from the United States Government. Thus, the Bureau of Prisons is directed to evaluate the defendant for any mental disease or defects that may affect his ability to proceed at trial.

The Court further finds that the ends of justice served by granting this motion outweigh the best interests of the public and the Defendant in a speedy trial. The Court further finds that the period of delay necessitated by the above referenced psychiatric and psychological evaluation is excluded from speedy trial computation pursuant to Title 18, United States Code, Section 3161(h).

SO ORDERED. This __5__ day of July 2016.

JAMES C. DEVER III
Chief United States District Judge