UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-00056-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| | ) | |
| BRAULIO VALLES FABELA | ) | |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal Docket Entry No.30 and the attached proposed order. The Court is of the opinion that this motion should be allowed in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document to be sealed and be filed under seal.

This the __5__ day of __October__, 2016.

_____
THE HONORABLE JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT COURT JUDGE